**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **GUADALUPE ADAMS, Individually,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Case No. 6:18-cv-1033 |
| | : |
| **TDFW, LLC.** | : |
| **A Domestic Limited Liability Company** | : |
| | : |
| **Defendant** | : |

**JOINT STIPULATION OF**
**FULL AND FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, Guadalupe Adams ("Plaintiff") and Defendant, TDFW, LLC ( "Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), stipulate to the voluntary dismissal with prejudice of the above captioned matter.

1. All of Plaintiff's claims in this Lawsuit are hereby dismissed with prejudice.

2. Each party shall bear her or its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

Dated: May 29, 2018

By: _/s/ Pete M. Monismith_____          By: _/s/ Matthew K. Holcomb

Pete M. Monismith, Esq.                    Matthew K. Holcomb (SC No. 23140)
KS Bar No. 26379                           HINKLE LAW FIRM LLC
Pete M. Monismith, P.C.                    1617 N. Waterfront Pkwy, Ste. 400
3945 Forbes Ave., #175                     Wichita, KS 67206
Pittsburgh, PA 15213                       T: (316) 267-2000
ph. (724) 610-1881                         F: (316) 630-8466
pete@monismithlaw.com                      mholcomb@hinklaw.com
**Attorney for Plaintiff**                 **Attorneys for Defendant**